Thelma S. Cohen, SBN: 65490
**POTTER, COHEN & SAMULON**
3852 East Colorado Blvd.
Pasadena, CA  91107
Telephone: (626) 795-0681
Facsimile:  (626) 795-0725
tcohen@pottercohenlaw.com

Attorney for Plaintiff, HOWARD LANCASTER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HOWARD LANCASTER,<br><br>        Plaintiff,<br>    vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>        Defendant. | **Case No.: CV 10-4187-SS**<br><br>**ORDER OF UNITED STATES MAGISTRATE JUDGE RE ATTORNEY FEES UNDER EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. 2412** |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND SEVEN HUNDRED DOLLARS AND 00/100   ($2,700.00) subject to the terms of the stipulation.

DATED: __2/25/11__          __/S/_____
                            HONORABLE SUZANNE H. SEGAL
                            UNITED STATES MAGISTRATE JUDGE